**No. 58918.**—Transatlantic Pigment Corp. and Lansen-Naeve Corp. *v.* United States, protests 200590–K and 201566–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of raw sienna and Venetian red pigments similar in all material respects to those the subject of Abstract 58255, the claim of the plaintiffs was sustained.

**No. 58919.**—Vanderlaan Tile Co. *v.* United States, protest 233681–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of wall tile, valued at 40 cents per square foot; that it is not wholly or in part of cement; and that it is not quarries or quarry tiles. Accepting the stipulation as establishing the facts therein recited, the claim of the plaintiff was sustained.

**No. 58920.**—Coty, Inc. *v.* United States, protest 173264–K (New York).

Opinion by MOLLISON, J. It was stipulated that the net weight of the toilet soap as imported was 9,821 pounds and not 10,370 pounds, the weight used in the liquidation of the entry. Accepting the stipulation as a statement of facts, the collector was directed to reliquidate the entry, assessing tax or duty on 9,821 pounds of soap.